No. 425. JAMES C. DAVIS, DIRECTOR GENERAL OF RAILROADS, ETC. *v.* ELLIS R. HYDE. October 9, 1922. Petition

for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. Thomas P. Littlepage, Mr. Sidney F. Taliaferro, Mr. C. O. Blake* and *Mr. W. R. Bleakmore* for petitioner. *Mr. W. A. Ledbetter, Mr. H. L. Stuart* and *Mr. R. R. Bell* for respondent.